Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

AFFILIATED FOODS, INC.,
)
) Case No: 15-cv-3815
)
Plaintiff(s),
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v.
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
TRI-UNION SEAFOODS, LLC, et al.,
)
)
Defendant(s).
)

I, Elana Katcher, an active member in good standing of the bar of S.D. New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Affiliated Foods, Inc. in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue<br>New York, NY 10022 | Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 687-1980 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD:<br>ekatcher@kaplanfox.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: EK2575.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/24/15

Elana Katcher
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elana Katcher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 27, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**ELANA KATCHER**_____, Bar # _____**EK2575**_____

was duly admitted to practice in this Court on

____**SEPTEMBER 4th, 2007**____, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>    on    _____**AUGUST 24th, 2015**_____

_____Ruby J. Krajick_____    by    _____
Clerk                                            Deputy Clerk